IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, as personal representative of
the ESTATE OF HELEN BEGAY,

      Plaintiff,

v.                                    No. CV 20-958 JCH/CG

LIFE CARE CENTERS OF AMERICA, INC., et al.,

      Defendants.

## ORDER VACATING RULE 16 AND INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Joint Motion to Vacate Rule 16 Scheduling Conference* (the "Motion"), (Doc. 18), filed November 17, 2020. In the Motion, the parties request that the Court vacate the Rule 16 Scheduling Conference currently set for November 19, 2020, pending a ruling by the Court on Plaintiff Todd Lopez's *Motion to Remand*, (Doc. 9), filed October 15, 2020. (Doc. 18 at 1).

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference, set for November 19, 2020, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 7), and all accompanying deadlines, are **VACATED**. The Court will reset the Rule 16 Scheduling Conference and enter a new *Initial Scheduling Order* after the Court rules on the Plaintiff's *Motion to Remand*.

**IT IS SO ORDERED**.

                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE