IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, as personal representative of
the ESTATE OF HELEN BEGAY,

    Plaintiff,

v.                                                        No. CV 20-958 JCH/CG

LIFE CARE CENTERS OF AMERICA, INC., et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY ALL DISCOVERY

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay All Discovery* (the "Motion"), (Doc. 19), filed November 17, 2020. In the Motion, the parties request that the Court stay all discovery until the Court rules on Plaintiff Todd Lopez's *Motion to Remand*, (Doc. 9), filed October 15, 2020. (Doc. 19 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS HEREBY ORDERED** that discovery in this matter is stayed pending resolution of Plaintiff's *Motion to Remand*.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE