IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, as personal representative of
the ESTATE OF HELEN BEGAY,

      Plaintiff,

v.                                                                                                       No. CV 20-958 JCH/CG

LIFE CARE CENTERS OF AMERICA, INC., et al.,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that in lieu of the Rule 16 Scheduling Conference previously set for Thursday, November 19, 2020, at 1:30 p.m., **a status conference will be held by telephone on Thursday, November 19, 2020, at 1:30 p.m**. The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

                                                                _____
                                                                THE HONORABLE CARMEN E. GARZA
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE