IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, as personal representative of
the ESTATE OF HELEN BEGAY,

      Plaintiff,

v.                                                        No. CV 20-958 JCH/CG

LIFE CARE CENTERS OF AMERICA, INC., et al.,

      Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record and pursuant to the parties' previous telephonic status conference held on November 19, 2020. *See* (Doc. 23). During the telephonic status conference, counsel informed the Court that the parties anticipate litigating a total of 27 related cases, and Defendants intend to remove all remaining state court cases to this District by no later than December 11, 2020. *Id.* at 1. To date, it appears that 23 of the anticipated 27 cases have been removed to this District.

**IT IS THEREFORE ORDERED** that the parties shall file a Joint Status Report **by no later than February 1, 2021**, updating the Court on the following matters:

1. The number of related cases that remain to be removed from state court to this District, and the date by which those cases will be removed to this District;

2. The date by which the parties intend to file motions to consolidate all the related cases, including any state court cases yet to be removed;

3. The date by which the parties intend to file motions to remand in all the

related cases, including any state court cases yet to be removed; and

4. Whether the parties intend to file motions to dismiss in each of the related cases, including any state court cases yet to be removed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE